No. 93–7626. NEWSOME v. FLOYD WEST & CO., 510 U. S. 1201;
No. 93–7746. CONDON v. DELAWARE, *ante*, p. 1008; and
No. 93–7956. SNELLING v. CHRYSLER MOTORS CORP. ET AL.,
510 U. S. 1207. Petitions for rehearing denied.

No. 93–6267. KALAKAY v. NEWBLATT, JUDGE, UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, 510
U. S. 1049. Motion for leave to file petition for rehearing denied.

### MAY 9, 1994

No. A–926. GACY v. PAGE, WARDEN. Application for stay of
execution of sentence of death, presented to JUSTICE STEVENS,
and by him referred to the Court, denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed
fairly within the constraints of our Constitution, see my dissent
in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant
the application for stay in order to give the applicant time to file
a petition for writ of certiorari, and would grant the petition and
vacate the death sentence in this case.

### MAY 11, 1994

*Certiorari Denied*

No. 93–9063 (A–931). PICKENS v. TUCKER, GOVERNOR OF AR-
KANSAS, ET AL. C. A. 8th Cir. Application for stay of execution
of sentence of death, presented to JUSTICE BLACKMUN, and by
him referred to the Court, denied. Certiorari denied. JUSTICE
STEVENS and JUSTICE GINSBURG would grant the application for
stay of execution.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed
fairly within the constraints of our Constitution, see my dissent
in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant
the application for stay of execution and the petition for certiorari
and would vacate the death sentence in this case.

No. 93–9087 (A–937). WHITMORE v. GAINES ET AL. C. A. 8th
Cir. Application for stay of execution of sentence of death, pre-

sented to JUSTICE BLACKMUN, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for writ of certiorari and would remand with instructions to enjoin petitioner's execution.

## MAY 16, 1994

No. 93–8310. CLEVELAND *v.* ARKANSAS. Sup. Ct. Ark. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *J. E. B.* v. *Alabama ex rel. T. B.*, *ante*, p. 127.

No. — – —. WELLS *v.* AMERICAN AIRLINES ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – —. PREWITT *v.* MOLPUS, SECRETARY OF STATE OF MISSISSIPPI, ET AL. Motion of appellant to direct the Clerk to file jurisdictional statement that does not comply with the Rules of this Court and to allow appellant to represent his minor children on appeal denied.

No. 120, Orig. NEW JERSEY *v.* NEW YORK. Motion for leave to file bill of complaint granted, and defendant is allowed 60 days to file an answer. [For earlier order herein, see 510 U. S. 805.]

No. 93–1152. GARRATT *v.* MORRIS ET AL., *ante*, p. 1004. Motion of respondents for taxation of costs and award of attorney's fees denied.

No. 93–1454. CALDERON, WARDEN, ET AL. *v.* CLAIR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.